## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Malibu Media, LLC

                        Plaintiff,

v.                                                Case No.: 1:18−cv−06430

                                                     Honorable Steven C. Seeger

Arturo Chavarria, Jr, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 22, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: Motion hearing held on January 22, 2020. The Court discussed Plaintiff's Attorney's motion to withdraw. (Dckt. No. [38]) Malibu Media, LLC is an entity and thus needs to participate through counsel, or not at all. The Court will hold off on issuing a ruling on the motion to withdraw until Plaintiff Malibu Media, LLC has retained new counsel. Plaintiff has until February 16, 2020 to retain new counsel. If no appearance is filed on the docket, the Court may dismiss this case for want of prosecution. By January 29, 2020, plaintiff's counsel must file on the Court's docket contact information for Malibu Media, LLC, including the name of a specific person who will serve as the point of contact, address, telephone number, and email address. The status hearing previously set for February 18, 2020 (Dckt. No. [37]) remains in place. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.